```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF PUERTO RICO
```

FRANCHESKA CÁTALA-TORRES, *et al.*

**Plaintiffs**

v.                                           **CIVIL NO.** 21-1201(RAM)

LIFELINK FOUNDATION, INC., *et al.*

**Defendants**

### JUDGMENT

For the reasons stated in the Opinion and Order entered today (Docket No. 32), judgment is entered **DISMISSING WITH PREJUDICE** Plaintiffs' federal law claims under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq.*; the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq.*; the First Amendment to the United States Constitution; and the Genetic Information Nondiscrimination Act of 2008 ("GINA"), 42 U.S.C. §§ 2000ff *et seq*. The remaining Puerto Rico law claims in the *Amended Complaint* (Docket No. 16) are hereby **DISMISSED WITHOUT PREJUDICE.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 23rd day of May 2022.

                              S/ RAÚL M. ARIAS-MARXUACH
                              United States District Judge